UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES T. BLOUNT,

    Petitioner,

vs.                                                     Case No. 8:08-cv-1853-T-17MSS

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.

_____

O R D E R

    This cause is before the Court on Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Petitioner has filed at least two previous petitions in this Court related to his Polk County conviction and sentence. On November 26, 1996, Petitioner filed a petition, *Blount v. Moore*, in Case No. 8:96-cv-2419-T-17TGW (M.D. Fla. 1999), that was denied on the merits on December 10, 1999. The United States Court of Appeals for the Eleventh Circuit denied Petitioner's request for for a certificate of appealability, finding that Blount had failed to make a showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253.

    Then, on June 25, 2005, Blount filed a second, successive petition in Case No. 8:05-cv-1203-T-27TBM that was dismissed without prejudice to Blount's applying to the Eleventh Circuit for an order authorizing this Court to consider his successive petition, pursuant to the AEDPA requirements. Nothing in the record demonstrates that he did so.

    Now, he has filed another successive petition in the present case.

    On April 24, 1996, the President signed into law several habeas corpus amendments, one of which places limits on the filing of second or successive petitions. The amendment provides in pertinent part that before a second or successive application for habeas corpus relief is filed in the district court, the applicant shall move in the

appropriate court of appeals for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3)(A).  Although Petitioner filed the instant petition after the enactment of the aforedescribed amendment, and the present petition is clearly a second or successive petition, Petitioner has not shown that he has applied to the court of appeals for an order authorizing this court to consider his application.

      Accordingly, the Court orders:

      That Petitioner's petition for writ of habeas corpus is dismissed.  The Clerk is directed to enter judgment against Petitioner Blount and to close this case. The Clerk is also directed to send Petitioner the Eleventh Circuit's application form for second or successive habeas corpus petitions under 28 U.S.C. § 2244(b).

      ORDERED at Tampa, Florida, on September 22, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

James T. Blount